## HOLBROOK *v.* NICHOL *et al.*

(April Term, 1864.)

ORIGINAL PAPERS — *when they will be compelled to be produced.* Where it is made to appear that an original paper used on the trial below, ought to be inspected by this court, and such paper is in the hands of a party to the suit, a rule will be entered, requiring such party to produce the paper or show cause why he should not do so.

WRIT OF ERROR to the Circuit Court of Woodford county.

This was an action of ejectment instituted in the court below by Holbrook against Nichol and Prettyman, during the trial of which the defendants offered in evidence a certified copy of a certain power of attorney. The plaintiff made the objection that the copy offered contained certain erasures, interlineations and interpolations which did not formerly appear in the record thereof. The court below overruled the objection, and, the trial resulting adversely to Holbrook, he brings the cause to this court upon writ of error, and alleges, among other things, that the Circuit Court erred in overruling his objection above mentioned.

And now the plaintiff moves this court for a rule upon the defendant, Prettyman, to produce to this court the original paper used by him on the trial in the court below.

In support of this motion, Holbrook filed his affidavit, setting forth that it was important this court should, on the hearing of this cause, have an opportunity to inspect such original paper, for the reason that the copy thereof in the record, although a correct copy so far as the language is concerned, is not a *fac simile*, and does not contain certain important evidences of erasures, interlineations and interpolations, as the difference in handwriting, color of the ink, their position, etc., which do appear in the original. Further, that after the trial below, Prettyman took the paper into his possession.

Per CURIAM: A rule will be entered requiring the defendant Prettyman to produce to this court the original paper referred to, on a day to be named, or show cause why he should not do so.